John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 838241

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10335 | 002-1 | JESSE EDWARD BURCH<br>Original Check written to:<br>FIRST BANK & TRUST<br>P O BOX 1687<br>CLEVELAND, TX  77328 | xx2725 | 188.71 | 22.95 | 0.00 | 22.95 |
| 07-10029 | 014-0 | DONALD RAY FINKLEY, SR.<br>Original Check written to:<br>CITY OF BEAUMONT<br>MEDICAL MGMT KONCEPTS<br>7170 OAKLAWN<br>SAN ANTONIO, TX  78229 | xxxx3530 | 607.11 | 10.30 | 0.00 | 10.30 |
| 08-10103 | 011-0 | TINA M TAYLOR<br>Original Check written to:<br>SPIRIT OF AMERICA NATIONAL BANK<br>FIRST EXPRESS<br>PO BOX 856021<br>LOUISVILLE, KY  40285- | xxxxxxxxxxxx1862 | 923.09 | 66.29 | 0.00 | 66.29 |
| 08-10479 | 009-0 | HARVIS D. SMITH<br>Original Check written to:<br>SPIRIT OF AMERICA NATIONAL BANK<br>PO BOX 856132<br>LOUISVILLE, KY  40285-6132 | 9999 | 448.51 | 47.84 | 0.00 | 47.84 |
| 09-10732 | 999-0 | ROBERT L. TAYLOR<br>Original Check written to:<br>ROBERT L. TAYLOR<br>P O BOX 152<br>EVADALE, TX  77615 | | 0.00 | 890.00 | 0.00 | 890.00 |
| 10-60361 | 002-0 | RICHARD WILSON<br>Original Check written to:<br>HSBC BANK<br>PO BOX 5213<br>CAROL STREAM, IL  60197- | 6240 | 119.66 | 4.14 | 0.00 | 4.14 |